*No. 07–1433 AFFIRMED No. 07–1450 DISMISSED.*

Paul J. MARTIN, Plaintiff—Appellant,

v.

PATRICK INDUSTRIES, INCORPORATED, Defendant—Appellee.

No. 07–1324.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 6, 2008.

Decided: Feb. 21, 2008.

Robyn B. Bennitt, Bennitt Legal Services, Birmingham, AL, for Appellant. Sheri L. Roberson, Womble, Carlyle, Sandridge & Rice, PLLC, Raleigh, NC, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul J. Martin appeals the district court's order granting summary judgment in favor of Appellee Patrick Industries, Incorporated. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Patrick Indus., Inc.,* 478 F.Supp.2d 855 (2007). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*